J. M. HODGES v. BARBARA HILL et al.

*Justice of the Peace—Jurisdiction—Married Woman.*

A Justice of the Peace has jurisdiction of an action against a married woman to recover a debt contracted prior to her marriage.

This was a CIVIL ACTION, begun before a Justice of the Peace, and tried before *Graves, J.,* at February Term, 1890, of LENOIR Superior Court.

From judgment dismissing the action, plaintiff appealed.

*Mr. N. J. Rouse,* for the plaintiff.

*Messrs. H. E. Shaw* and *Clement Manly,* for the defendants.

CLARK, J.: The only question presented is whether a Justice of the Peace has jurisdiction of an action against a married woman to recover a debt contracted prior to her marriage. This is not an open question. It has been held

that he has.  *Neville* v. *Pope*, 95 N. C., 346.  *The Code*, § 1823, expressly provides that the liability of a *feme sole* "shall not be altered or impaired" by her marriage.  *Dougherty* v. *Sprinkle*, 88 N. C., 300, which holds that a Justice of the Peace has not jurisdiction of an action against a married woman, applies only to liabilities incurred by her while a *feme covert*, and not even to them in cases where she is a free trader, or the proceeding is to enforce a laborer's lien.  *The Code*, §§ 1790, 1828, 1831 and 1832; *Smaw* v. *Cohen*, 95 N. C., 85.

Error.